UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Troy Anthony Dunlap, | Civli No. 22-2216 (JRT/DTS) |
| Petitioner | |
| v. | **ORDER** |
| Minnesota Department of Corrections, | |
| Respondent. | |

---

Troy Anthony Dunlap, OID# 207294, MCF Faribault, 1101 Linden Ln, Faribault, MN 55021, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, Nicole Cornale, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** C2000 Government Center, 300 South 6th Street, Minneapolis, MN 55487, for defendant.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on December 7, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Petitioner Troy Anthony Dunlap's federal habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

2. Dunlap's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

3. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 28, 2022                                    ___s/John R. Tunheim___
at Minneapolis, Minnesota                                    JOHN R. TUNHEIM
                                                             United States District Judge